**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| In Re:<br>Mathew E. Kornn and Meghan F. Kornn | Case Number 13-42269-CJP<br>Chapter 13 |
|---|---|

**STIPULATION BY AND BETWEEN FMJM RWL III TRUST 2015-1 AND THE DEBTORS**

Now come FMJM RWL III Trust 2015-1 ("Secured Creditor") and Mathew E. Kornn and Meghan F. Kornn (the "Debtors") who state that cause exists for Secured Creditor obtaining Relief from the Automatic Stay with respect to the property identified as *35 Mohave Road, Worcester, MA 01606* (the "Property"). The Property is encumbered by a first mortgage given by the Debtors to Mortgage Electronic Registration Systems, Inc. acting solely as nominee for Accredited Home Lenders, Inc. (the "Mortgage"). The Mortgage is dated April 6, 2005 and is recorded in Worcester County (Worcester District) in Book 36056, Page 204. Thereafter, the Mortgage was assigned to Secured Creditor. Shellpoint Mortgage Servicing is the current servicer for this loan on behalf of Secured Creditor.

Despite cause existing for Relief from the Automatic Stay, Secured Creditor is willing to forbear from filing a Motion for Relief from Stay under the following terms and conditions:

1. As of the date of this Stipulation, the total post-petition arrearage is/was $7,935.25. This amount is comprised of the following:

| | |
|---|---:|
| Payments: 4/1/2017 - 6/1/2017    @ $2,731.87/mo. | $8,195.61 |
| Bankruptcy Attorneys Fees - Stipulation: | $200.00 |
| Accrued Additional Post-Petition Fees: | $275.00 |
| Less Suspense Balance: | ($735.36) |
| **Total Amount Due:** | **$7,935.25** |

2. Commencing July 1, 2017 and monthly thereafter through December 1, 2017, the Debtors shall make monthly payments as set forth below:

| Due Date | Monthly Mortgage Payment Amount | Monthly Arrearage Amount | Total Monthly Payment |
|---|---|---|---|
| July 1, 2017 | $2,731.87* | $1,322.54 | $4,054.41 |
| August 1, 2017 | $2,730.37** | $1,322.54 | $4,052.91 |
| September 1, 2017 | $2,730.37 | $1,322.54 | $4,052.91 |
| October 1, 2017 | $2,730.37 | $1,322.54 | $4,052.91 |
| November 1, 2017 | $2,730.37 | $1,322.54 | $4,052.91 |
| December 1, 2017 | $2,730.37 | $1,322.55 | $4,052.92 |

*Future monthly mortgage payment amounts are subject to change pursuant to any timely-filed Notice(s) of Mortgage Payment Change.*

**See Notice of Mortgage Payment Changed filed on 5/26/2017.*

17-029193 / BK01

     3. All payment(s) required under this Stipulation (unless otherwise specified) shall be made in certified funds, payable to Shellpoint Mortgage Servicing, (the servicer of the mortgage account), and shall be mailed to the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

     4. Thereafter, commencing with the regular monthly post-petition payment due January 1, 2018, the Debtors shall resume making timely regular monthly post-petition mortgage payments pursuant to the due date set forth in the Note, and pursuant to the terms of the Note and Mortgage at issue.

     5. **IF THE DEBTORS FAILTO MAKE SAID PAYMENTS BY THE DATES SPECIFIED IN PARAGRAPHS TWO AND/OR FOUR OF THIS STIPULATION, SECURED CREDITOR SHALL FILE A MOTION FOR RELIEF AND AN AFFIDAVIT OF NON-COMPLIANCE, PER MLBR 13-16-2, AFTER TEN (10) DAYS NOTICE OF DEFAULT TO THE DEBTORS AND THE DEBTORS' ATTORNEY, BY FIRST CLASS POSTAGE PREPAID. THE DEBTORS HAVE THE RIGHT TO OBJECT TO MOTION FOR RELIEF AND AN AFFIDAVIT OF NON-COMPLIANCE ONLY ON THE BASIS THAT THE PAYMENTS WERE MADE TIMELY UNDER THIS STIPULATION. ALL REASONABLE COSTS ASSOCIATED WITH THE PREPARATION OF THE NOTICE OF DEFAULT AND THE PREPARATION AND FILING OF THE MOTION FOR RELIEF AND AFFIDAVIT OF NON-COMPLIANCE WILL BE CHARGED TO THE DEBTORS' MORTGAGE ACCOUNT.**

     6. Any tendering of a check to the Secured Creditor which is subsequently returned due to an insufficiency of funds in the account upon which the check is drawn shall not be considered a payment in compliance with the terms of this stipulation.

     7. The terms of this Stipulation shall be null and void if this case is converted or dismissed.

Agreed on this June 23, 2017.

| | |
|---|---|
| FMJM RWL III Trust 2015-1, <br> By Its Attorney: | Mathew E. Kornn and <br> Meghan F. Kornn, <br> By Their Attorney: |
| /s/ Marcus Pratt <br> Marcus Pratt, Esquire <br> BBO #684610 <br> Korde & Associates, P.C. <br> 900 Chelmsford Street, Suite 3102 <br> Lowell, MA 01851 <br> Tel: (978) 256-1500 <br> bankruptcy@kordeassociates.com | /s/ Robert W. Kovacs, Jr. <br> BBO #671497 <br> Kovacs Law, P.C. <br> 131 Lincoln Street <br> Worcester, MA 01605 <br> Tel: (508) 926-8833 <br> bknotices@rkovacslaw.com |

17-029193 / BK01

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| In Re:<br>Mathew E. Kornn and Meghan F. Kornn | Case Number 13-42269-CJP<br>Chapter 13 |
|---|---|

## CERTIFICATE OF SERVICE

I, Marcus Pratt, Attorney for **FMJM RWL III Trust 2015-1** hereby certify that on June 23, 2017 I electronically filed the foregoing *Agreed Stipulation* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Richard King, U.S. Trustee
Denise M. Pappalardo, Trustee
Robert W. Kovacs, Jr., Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Matthew E. Kornn
35 Mohave Road
Worcester, MA 01606

Meghan F. Kornn
35 Mohave Road
Worcester, MA 01606

Tax Collector:
City of Worcester, MA
455 Main Street, City Hall Room 203
Worcester, MA 01608

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

17-029193 / BK01