# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re

Mathew E Kornn and Meghan F Kornn

Chapter 13
Case No. 13-42269-CJP

Debtors

~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Order**

THE HOLDER OF CLAIM NO. 7, U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR GIFM HOLDINGS TRUST, HAS FILED ITS RESPONSE TO THE TRUSTEE'S NOTICE OF FINAL CURE PAYMENT, WHICH INDICATES OUTSTANDING POST-PETITION ARREARAGES. IF THE DEBTORS DISPUTE THE RESPONSE OR SEEK OTHER RELIEF, THE DEBTORS SHALL FILE A MOTION PURSUANT TO FED. R. BANKR. P. 3002.1(H), SERVE SUCH MOTION ON THE HOLDER OF THE CLAIM AND ON THE CHAPTER 13 TRUSTEE, AND FILE A CERTIFICATE OF SERVICE WITH THE COURT.

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge

Dated: June 5, 2019